IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES PERNOT, | § | |
| | § | No. 465, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1703001397 (K) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 4, 2020
Decided: February 18, 2020
Corrected: February 20, 2020

## **ORDER**

It appears to the Court that, on January 16, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Charles Pernot, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Pernot received the notice to show cause as evidenced by the undated return receipt that was filed with the Court on January 23, 2020. A timely response to the notice to show cause was due on or before February 3, 2020. Pernot has not responded to the notice to show cause nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:
*/s/ Tamika R. Montgomery-Reeves*
Justice